# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150298(77)

_____

*In re* Contempt of KELLY MICHELLE DORSEY.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

                                  SC: 150298
                                  COA: 309269
                                  Livingston CC Family Division:
                                     08-012596-DL

TYLER MICHAEL DORSEY,
         Respondent,
and

KELLY MICHELLE DORSEY,
          Appellant.
_____/

On order of the Chief Justice, the motion of the Legal Services of Michigan and the Michigan State Planning Body for Legal Services to file a late brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before October 31, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016

_____
Clerk